FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MCELHINEY,<br><br>Defendant. | No. 2:23-CR-00082-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 32)** |

Pending before the Court at **ECF No. 32** is Defendant MICHAEL MCELHINEY's Motion to Modify Conditions of Pretrial Release, specifically, one of the conditions imposed by the Western District of Wisconsin on October 11, 2023, at ECF No. 9, Condition No. 24, and reimposed by this Court on November 30, 2023, ECF No. 22, requiring him to participate in GPS monitoring.

Specifically, Defendant moves to amend Condition No. 24, requiring him to participate in GPS monitoring. Defendant claims further GPS monitoring is unnecessary to reasonably assure his appearance at court proceedings and asserts any cost of GPS monitoring borne by Defendant only subtracts from the amount of restitution Defendant will be able to provide to any alleged victims following a resolution of this case. The United States and U.S. Probation do not object to the proposed modification.

ORDER - 1

The Court finding good cause, **IT IS ORDERED** Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 32**, is **GRANTED**.

1. The GPS monitoring condition imposed by the Western District of Wisconsin at ECF No. 9, Condition No. 24, and reimposed by this Court on November 30, 2023, ECF No. 22, shall be removed.

2. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 23, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2